**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    HUMBOLDT BAY FOREST PRODUCTS,
     INC.,

10                                                    No. C 12-01004 JSW

                    Plaintiff,
11

12          v.                                        **ORDER SETTING BRIEFING
                                                      AND HEARING SCHEDULE ON**
     HUMBOLDT EXPORTS LLC, an Oregon                  **MOTION FOR PREJUDGMENT**
13   limited liability company, DKORAM, INC., a       **RELIEF INCLUDING**
     Washington corporation, and DOES 1 through       **TEMPORARY RESTRAINING**
14   10, inclusive,                                   **ORDER**

15                  Defendants.
     _____/
16

17          On February 28, 2012, Plaintiffs filed an *ex parte* motion for prejudgment relief

18   including a temporary restraining order. The Court HEREBY ORDERS Defendants to file a

19   response to the motion by no later than February 29, 2012 at 4:00 p.m. Plaintiffs may file a

20   reply by no later than March 1, 2011 at 10:00 a.m. It is HEREBY ORDERED that the Court

21   shall hold a hearing at 10:00 a.m. on **Friday, March 2, 2012** on Plaintiffs' motion. By no later

22   than 3:00 p.m. on February 28, 2012, Plaintiffs shall serve a copy of this Order and their *ex*

23   *parte* application and supporting papers on all Defendants, with proof of such service.

24          **IT IS SO ORDERED.**

25

26   Dated: February 28, 2012

27                                                    JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

28