IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAY FOREST PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HUMBOLDT EXPORTS LLC, an Oregon limited liability company, DKORAM, INC., a Washington corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C 12-01004 JSW <br><br> **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR PREJUDGMENT RELIEF INCLUDING TEMPORARY RESTRAINING ORDER** |

On February 28, 2012, Plaintiffs filed an *ex parte* motion for prejudgment relief including a temporary restraining order. The Court HEREBY ORDERS Defendants to file a response to the motion by no later than February 29, 2012 at 4:00 p.m. Plaintiffs may file a reply by no later than March 1, 2011 at 10:00 a.m. It is HEREBY ORDERED that the Court shall hold a hearing at 10:00 a.m. on **Friday, March 2, 2012** on Plaintiffs' motion. By no later than 3:00 p.m. on February 28, 2012, Plaintiffs shall serve a copy of this Order and their *ex parte* application and supporting papers on all Defendants, with proof of such service.

**IT IS SO ORDERED.**

Dated: February 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE